UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE VINSON KNIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES SCHUYLER, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-10504-VC<br><br>**ORDER CLOSING CASE AS OPENED IN ERROR** |

This case is ordered closed because it is a duplicate of the earlier-filed Case No. 25-cv-09524-VC, in which the Court has ordered service of Mr. Knight's claims. No fee is due in this action. The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____
VINCE CHHABRIA
United States District Judge